```
 1  LAWRENCE G. BROWN
    Acting United States Attorney
 2  MARY L. GRAD
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California 95814
 4  Telephone: (916) 554-2763
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 2:02-cr-00446-MCE |
|---|---|
| Plaintiff, | ) STIPULATION AND ORDER TO CONTINUE |
| | ) HEARING DATE ON DEFENDANT'S MOTION |
| v. | ) FOR REDUCTION OF SENTENCE PURSUANT |
| | ) TO 18 U.S.C. § 3582(c)(2) |
| ROBERT LEE SIMON, | ) |
| Defendant. | ) |

Assistant Federal Defender David Porter has informed government counsel that he is not available for hearing on defendant's motion on April 16, 2009 at 9:00 a.m. Accordingly, the parties request and stipulate that the hearing date be continued to May 13, 2009, at 9:00 a.m.

                                    Respectfully Submitted,

                                    LAWRENCE G. BROWN
                                    Acting United States Attorney

DATED: April 14, 2009                 By:/s/Mary L. Grad
                                    MARY L. GRAD
                                    Assistant U.S. Attorney

///

| | | |
|---|---|---|
| Dated: April 13, 2009 | | /s/ David M. Porter |
| | | DAVID M. PORTER |
| | | Assistant Federal Defender |

IT IS SO ORDERED.

Dated: April 14, 2009

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE